# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TYREECE GRAY**                                                                                          **PLAINTIFF**
**ADC #10422-031**

v.                                          **CASE NO. 2:20-CV-00128-BSM**

**DEWAYNE HENDRIX, Warden,**
**Forrest City FCI**                                                                                  **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No. 9] is adopted. Tyreece Gray's 28 U.S.C. section 2254 petition for a writ of habeas corpus [Doc. No. 1] is denied, and this case is dismissed with prejudice.

IT IS SO ORDERED, this 20th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE